FULL NAME: Devale Wright

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 9500 Etiwanda Ave, Rancho Cucamonga, CA 91739

PRISON NUMBER (if applicable): 1907343586

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY EEE  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER 5:24-CV-01421-DSF-PD
*To be supplied by the Clerk*

PLAINTIFF,

v.

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____

    Defendants _____

b.  Court _____

c.  Docket or case number _____
d.  Name of judge to whom case was assigned _____
e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f.  Issues raised: _____
    _____

g.  Approximate date of filing lawsuit: _____
h.  Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

    If your answer is no, explain why not **Fellow inmate put in a grievance regarding the matter and it went unresolved**

3.  Is the grievance procedure completed? ☐ Yes ☒ No

    If your answer is no, explain why not **Grievance was not submitted**

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Devale Wright**
                                                              (print plaintiff's name)
who presently resides at **9500 Etiwanda Ave, Rancho Cucamonga, CA 91739**
                              (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**West Valley Detention Center Rancho Cucamonga**
         (institution/city where violation occurred)

on (date or dates) __1-1-24__, __untill Present__
                   (Claim I)        (Claim II)                    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Custody Specialist Negrom__ resides or works at
   (full name of first defendant)
   __9500 Etiwanda Ave Rancho Cucamonga, CA 91739__
   (full address of first defendant)
   __Custody Specialist__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __The defendant knowingly keeps us locked in our cells for over 24 hours straight 32 hours to be exact__

2. Defendant __Custody Specialist Hilfer__ resides or works at
   (full name of first defendant)
   __9500 Etiwanda Ave Rancho Cucamonga, CA 91739__
   (full address of first defendant)
   __Custody Specialist__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __The defendant knowingly keeps us locked in our cells for over 24 hours straight 32 hours to be exact__

3. Defendant __Deputy Rodriguez__ resides or works at
   (full name of first defendant)
   __9500 Etiwanda Ave Rancho Cucamonga, CA 91739__
   (full address of first defendant)
   __Deputy Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __The defendant knowingly keeps us locked in our cells for over 24 hours straight 32 hours to be exact__

CV-66 (7/97)

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

Eight Amendment Constitutional Rights Cruel and unusual punishment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Custody Specialist Knowingly keeps us locked up in our cells for over 24 hours straight 32 hours to be exact. Our tier time schedule goes as follow. First tier is from 7am-10am, Second tier is from 11am-2pm, Third tier is from 3pm-6pm, And last tier is from 6pm-9pm. The rotation schedule is last, third, second, first. The way they do the rotation when we come out first tier at 7am and lock down at 10am we don't come out the next day until 6pm for last tier which is causing us to be locked in our cells for over 24 hours straight. That is a violation of my Constitutional Rights, which is cruel and unusual punishment.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.


## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe that I am entitled to pain and suffering relief due to the fact of being locked in the cell for multiple hours straight 32 to be exact. It has caused a lot of mental stress and mental torture for being lock down for so long. Being locked up for that long is cruel and unusual punishment and it puts a lot of stress on my mental thought process. I've had numerous mental breakdowns from being lockdown like a caged animal. It is a violation of my constitutional Eight Amendment Right Cruel and unusual punishment.

7-1-24
(Date)

_(Signature of Plaintiff)_

| Short Title: 42 USC Civil Complaint | Court Case No: |
|---|---|

# Proof of Service By Mail

I am over the age of 18 and a party / ~~not a party~~ (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): 9500 Etiwanda Ave Rancho Cucamonga, CA 91739

I served the attached: 42 USC civil complaint Form

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid.

1) Date of deposit: July 03, 2024   2) Place of deposit (city and state): Rancho Cucamonga, CA

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED:

Attention: Pro SE CLERK
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012

I certify under penalty of perjury that the foregoing is true and correct.

Date: 7-3-24

▶ Devale Wright          ▶ [signature]
(TYPE OR PRINT NAME)     (SIGNATURE OF DECLARANT)



Devale Wright / 19073 3586
9500 Etiwanda Ave.
Rancho Cucamonga, CA 91739

SANTA ANA CA 926
6 JUL 2024 PM 3 L

CLERK, U.S. DISTRICT COURT
JUL -8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ATTENTION: PRO SE CLERK
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012

LEGAL MAIL

LEGAL MAIL 1806/4 LEGAL MAIL



LEGAL MAIL
DO NOT OPEN

LEGAL MAIL DO NOT OPEN