UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:24-cv-01421-DSF-PD                                  Date: January 30, 2025

Title     *Devale Wright v. NeGron, et. al.*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

N/A                                                          N/A

**Proceedings (In Chambers):  Order to Show Cause Re Dismissal**

On October 25, 2024, Plaintiff Devale Wright ("Plaintiff") filed a Second Amended Complaint ("SAC") against Defendants San Bernardino County Sheriff's Department ("SBCSD") custody specialists Negron and Hilfer and Deputies Sanchez and Rodriguez, in their official capacities, only. [Dkt. No. 9 at 3-4.[1]]  Plaintiff alleges that Defendants allowed him to be locked down in his cell at West Valley Detention Center ("WVDC") for more than 24 hours on numerous occasions in violation of the Eighth Amendment's prohibition against cruel and unusual punishment.  [Id. at 3-6.]  He alleges mental and emotional distress and seeks compensatory damages.  [Id. at 6.]

On November 15, 2024, the Court screened the SAC pursuant to 28 U.S.C. § 1915A(a)-(b)(1) and dismissed the SAC for failing to state an official capacity claim against Defendants. [Dkt. No. 10.]  The Order granted Plaintiff leave to file a Third Amended Complaint by December 16, 2024. [*Id*.]  The deadline for filing Plaintiff's Third Amended Complaint has passed, and Plaintiff has neither filed his Third Amended Complaint nor

---

[1] The Court uses the page numbers inserted by the electronic docketing system.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:24-cv-01421-DSF-PD                              Date: January 30, 2025

Title        _Devale Wright v. NeGron, et. al._

communicated with the Court about his case since October 25, 2024.  [_See_ Dkt. No. 9.]

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's November 15, 2024 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before February 28, 2025**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a Third Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's November 15, 2024 Order; or
(2) a Third Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).  **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.


Attachment:  Notice of Voluntary Dismissal