JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVALE WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEGROM, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01421-DSF-PD<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated:  April 30, 2025

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE